**No. 11-393. National Federation of Independent Business, et al., Petitioners v. Kathleen Sebelius, Secretary of Health and Human Services, et al.**

**No. 11-398. Department of Health and Human Services, et al., Petitioners v. Florida, et al.**

**No. 11-400. Florida, et al., Petitioners v. Department of Health and Human Services, et al.**

565 U.S. 1154, 132 S. Ct. 1133, 181 L. Ed. 2d 974, 2012 U.S. LEXIS 777.

January 17, 2012. Motion of the National Federation of Independent Business, et al. for leave to add Dana Grimes and David Klemencic as additional petitioners in No. 11-393 and additional respondents in Nos. 11-398 and 11-400 granted.

**No. 11-460. Los Angeles County Flood Control District, Petitioner v. Natural Resources Defense Council, Inc., et al.**

565 U.S. 1154, 132 S. Ct. 1133, 181 L. Ed. 2d 974, 2012 U.S. LEXIS 743.

January 17, 2012. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 673 F.3d 880.

**No. 11-604. EM Ltd., et al., Petitioners v. Republic of Argentina, et al.**

974

565 U.S. 1154, 132 S. Ct. 1133, 181 L. Ed. 2d 974, 2012 U.S. LEXIS 875.

January 17, 2012. The Solicitor General is invited to file a brief in this case expressing the views of the United States. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 652 F.3d 172, 414 Fed. Appx. 514.

**No. 11-5721. Corey A. Hill, Petitioner v. United States.**

565 U.S. 1154, 132 S. Ct. 1133, 181 L. Ed. 2d 974, 2012 U.S. LEXIS 804.

January 17, 2012. Motion of petitioner for appointment of counsel granted. Stephen E. Eberhardt, Esquire, of Tinley Park, Illinois, is appointed to serve as counsel for the petitioner in this case.

**No. 11-5731. Assem A. Abulkhair, Petitioner v. Edward W. Boehm, et al.**

565 U.S. 1154, 132 S. Ct. 1134, 181 L. Ed. 2d 974, 2012 U.S. LEXIS 794.

January 17, 2012. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 11-6616. Paul Blackmer, Petitioner v. Social Security Administration.**

565 U.S. 1155, 132 S. Ct. 1134, 181 L. Ed. 2d 974, 2012 U.S. LEXIS 800.

January 17, 2012. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.